UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RESTRAINING, EDUCATIONAL AND INDUSTRY      **CORPORATE DISCLOSURE**
FUND, NEW YORK CITY DISTRICT COUNCIL OF      **STATEMENT PURSUANT TO**
CARPENTERS CHARITY FUND, and THE NEW        **FEDERAL RULE 7.1**
YORK CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION, BY MICHAEL J.
FORDE and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE AS EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF     File No. 08 CIV 3748
CARPENTERS AND JOINERS OF AMERICA,

Plaintiffs,

   -against-                              Assigned to
                                                 Judge Alvin K. Hellerstein

THREE GUYS FLOOR COVERING
WORKROOM, INC.,

Defendant.
-----------------------------------------------------------------X

    ROBERT N. COHEN, an attorney duly admitted to practice law in the United States

District Court for Southern District of New York, hereby affirms under the penalty of perjury as

follows:

    1.    No such corporation listed in Rule 7.1(a)(1) exists in relation to the defendant-

corporation.

Dated:  Garden City, New York
        May 1, 2008

By: _____
      ROBERT N. COHEN (RC8274)