UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RESTRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION, By MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES, and MICHAEL J.
FORDE AS EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

**ANSWER AND
COUNTERCLAIM**

File No. 08 CIV 3748

Assigned to
Judge Alvin K. Hellerstein

                                        Plaintiffs,

   -against-

THREE GUYS FLOOR COVERING WORKROOM, INC.,

                                        Defendant.

------------------------------------------------------------X

      Defendant, THREE GUYS FLOOR COVERING WORKROOM, INC., by their attorneys, WEINSTEIN, KAPLAN & COHEN, P.C., as and for its Answer to plaintiffs' Complaint, respectfully alleges as follows:

      1.     Denies knowledge and information sufficient to form a belief as to the truth

of the allegations contained in paragraphs "2," "3," "4," "5," "6" and "8" of plaintiffs' Complaint.

2. Denies each and every allegation contained in paragraph "9" except admits that the defendant was a party to a Collective Bargaining Agreement with plaintiffs and begs leave of the Court to refer to the original of same for its terms at the time of trial.

3. Denies each and every allegation contained in paragraph "10" of plaintiffs' Complaint.

### AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

4. That the Court should vacate the Arbitration Award pursuant to the doctrine of "manifest disregard of the law and facts."

### AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

5. That the Court should vacate the Arbitration Award because it violates the doctrine of "essence of the Collective Bargaining Agreement."

### AS AND FOR A FIRST, SEPARATE AND DISTINCT COUNTERCLAIM

6. That the Court should vacate the Arbitration Award herein based upon the doctrine of manifest disregard of the law and facts."

### AS AND FOR A SECOND, SEPARATE AND DISTINCT COUNTERCLAIM

7. That the Court should vacate the Arbitration Award herein since it violates the doctrine of "essence of the Collective Bargaining Agreement."

WHEREFORE, defendant respectfully requests that this Court dismiss plaintiffs'

2

Complaint in its entirety, grant defendant's Counterclaims to vacate the Arbitration Award, plus such other and further relief as to this Court may be just, proper and equitable under the premises.

Dated: Garden City, New York
      April 30, 2008

                                  Yours, etc.

                                  WEINSTEIN, KAPLAN & COHEN, P.C.
                                  Attorneys for Defendant
                                  By:_____
                                     ROBERT N. COHEN (RC8274)
                                  1325 Franklin Avenue
                                  Suite 210
                                  Garden City, New York 11530
                                  (516) 877-2525

TO:    O'DWYER & BERNSTIEN, LLP
          ATTENTION: ANDREW GRABOIS, ESQ. (AG3192)
          Attorneys for Plaintiffs
          52 Duane Street
          New York, New York 10007
          (212) 571-7100