UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA FUND and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT CORPORATION, by
MICHAEL J. FORDE, and PAUL O'BRIEN, as TRUSTEES,
AND MICHAEL J. FORDE AS EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK CITY
AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

08 CV 3748(AHK)

STIPULATION OF
DISMISSAL

Plaintiffs,

-against-

THREE GUYS FLOOR COVERING WORKROOM, INC.,

Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

PLEASE TAKE NOTICE, that pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., hereby dismiss the above-captioned action against the defendant, THREE GUYS FLOOR COVERING WORKROOM, INC., with prejudice. For purposes of this stipulation, facsimile signatures shall be deemed as originals.

Dated: New York, New York
June 26, 2008

_____
ANDREW GRABOIS (AG 3192)
O'DWYER & BERNSTIEN, LLP
Attorney for Plaintiffs
52 Duane Street
New York, New York 10007

_____
ROBERT COHEN (RC 8274)
WEINSTEIN, KAPLAN & COHEN, P.C.
Attorney for Defendant
1325 Franklin Ave., Suite 210
Garden City, NY 11530

So Ordered: 7-21-08
_____
Judge Alvin K. Hellerstein